IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS DEFERRED SAVINGS FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS APPRENTICESHIP FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS SCHOLARSHIP FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS JOINT COOPERATION TRUST FUND AND TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS RETIREMENT SAVINGS FUND<br><br>Plaintiffs,<br><br>v.<br><br>VISION PAINTING & DECORATING SERVICES, INCORPORATED, an Illinois corporation<br>Defendants. | No. 25-cv-6788 |

**STATUS REPORT**

    The Parties, by and through their attorneys hereby submit this Initial Status Report, as follows:

1. **The Nature of the Case**

    A. Attorneys of Record

| Plaintiffs: | Defendant: |
|---|---|
| Paul M. Egan | Todd A. Miller |
| James R. Anderson | Allocco, Miller & Cahill, P.C. |
| Grant R. Piechocinski | 20 N. Wacker Drive, Suite 3517 |
| Arnold and Kadjan, LLP | Chicago, IL 60606 |

1

    35 East Wacker Drive, Suite 600    (312) 675-4325
    Chicago, IL 60601
    (312) 236-0415

  B. Nature of the Claims Asserted in the Complaint

Defendant is signatory to a Collective Bargaining Agreement which requires it to make periodic contributions to the Plaintiffs and to submit books and records for a fringe benefit contribution compliance audit. The Complaint seeks a fringe benefit fund contribution compliance audit for the period beginning **October 1, 2024 through the present.**

2.    **Status of Audit and Settlement Discussions**

  A. **Status of Audit** – Audit is still in progress. The auditor needs additional documents to complete the audit.

  B. **Status of Settlement Discussions** – Settlement discussions have not taken place, because the audit is not yet complete.

    Respectfully submitted,

    **TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al.,**

    By: /s/ Grant R. Piechocinski
        One of their Attorneys

ARNOLD AND KADJAN LLP
35 E. Wacker Dr., Ste. 600
Chicago, Illinois 60601
(312) 236-0415