# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS DEFERRED SAVINGS FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS APPRENTICESHIP FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS SCHOLARSHIP FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS JOINT COOPERATION TRUST FUND, and TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS RETIREMENT SAVINGS FUND. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | No. 25-cv-6788 |
| v. | ) ) | |
| VISION PAINTING & DECORATING SERVICES, INCORPORATED an Illinois corporation. | ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFFS' DISCLOSURES AND NOTIFICATION
## AS TO NO AFFILIATES

Pursuant to Rule 3.2 of this Court, Plaintiffs, by and through their attorneys, PAUL M. EGAN, JAMES R. ANDERSON, GRANT R. PIECHOCINSKI, and ARNOLD AND KADJAN LLP, provide the following Disclosures and Notification as to No Affiliates:

The Plaintiff Funds are non-governmental, non-corporate entities with no shareholders and no affiliates.

Respectfully submitted,

TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND, et al.

ARNOLD AND KADJAN, LLP
35 E. Wacker Dr., Ste. 600
Chicago, IL 60601
(312)236-0415

By: /s/    Grant R. Piechocinski
One of Plaintiffs' attorneys