**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS DEFERRED SAVINGS FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS APPRENTICESHIP FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS SCHOLARSHIP FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS JOINT COOPERATION TRUST FUND AND TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS RETIREMENT SAVINGS FUND | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | No. 25-cv-6788 |
| v. | ) ) | |
| VISION PAINTING & DECORATING SERVICES, INCORPORATED, an Illinois corporation | ) ) ) ) | |
| Defendants. | ) | |

**STATUS REPORT**

The Plaintiffs, by and through their attorneys hereby submit this Status Report, as follows:

1. **The Nature of the Case**

   A. Attorneys of Record

   Plaintiffs:                                Defendant:
   Paul M. Egan                               Todd A. Miller
   James R. Anderson                          Allocco, Miller & Cahill, P.C.
   Grant R. Piechocinski                      20 N. Wacker Drive, Suite 3517
   Arnold and Kadjan, LLP                     Chicago, IL 60606

1

35 East Wacker Drive, Suite 600          (312) 675-4325
Chicago, IL 60601
(312) 236-0415

  B.  Nature of the Claims Asserted in the Complaint

Defendant is signatory to a Collective Bargaining Agreement which requires it to make periodic contributions to the Plaintiffs and to submit books and records for a fringe benefit contribution compliance audit. Plaintiffs allege that a total of $374,769.15 is owed based on the audit findings.

2.      **Status of Audit and Settlement Discussions**

  A.  **Status of Audit** – Audit is complete.

  B.  **Status of Settlement Discussions** – Plaintiffs have sent the demand to the Defendants with the audit for review.

Respectfully submitted,

**TRUSTEES OF THE CHICAGO PAINTERS
AND DECORATORS PENSION FUND, et al.,**

By: _/s/ Grant R. Piechocinski_____
      One of their Attorneys

ARNOLD AND KADJAN LLP
35 E. Wacker Dr., Ste. 600
Chicago, Illinois 60601
(312) 236-0415

2