# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 25-cv-6788 |
| VISION PAINTING & DECORATING SERVICES, INCORPORATED, an Illinois corporation | ) ) ) ) | Judge: Sara L. Ellis |
| Defendant. | ) ) | |

## MOTION FOR ENTRY OF AGREED JUDGMENT

Plaintiffs, by and through its attorneys, PAUL M. EGAN, GRANT R. PIECHOCINSKI, ANITA SALIU, and ARNOLD AND KADJAN LLP, move this Court to enter an agreed judgment against Defendant Vision Painting & Decorating, Inc.

1. The Complaint seeks damages for amounts owed on a fringe benefit compliance audit.

2. An audit was completed for the period of October 1, 2024 through July 31, 2025.

3. The audit revealed a total of $374,769.15, which includes $319,128.22 in contributions, $47,869.23 in liquidated damages on those contributions, $5,776.70 in liquidated damages from monthly reports that were not timely paid, and $1,995.00 in audit costs.

4. Vision Painting and Decorating is liable for the full amount owed on the audit totaling $374,769.15.

**WHEREFORE**, Plaintiffs request that this Court enter judgment in favor of the

Plaintiffs and against the Defendant Vision Painting and Decorating, Inc. in the amount of

$374,769.15.

Respectfully submitted

**TRUSTEES OF THE CHICAGO PAINTERS
AND DECORATORS PENSION FUND ET AL.**

By: /s/ Anita Saliu
　　One of their Attorneys

PAUL M. EGAN
GRANT R. PIECHOCINSKI
ANITA SALIU
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, IL 60601
Phone: (312) 236-0415

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 25-cv-6788 |
| VISION PAINTING & DECORATING SERVICES, INCORPORATED, an Illinois corporation | ) ) ) ) | Judge: Sara L. Ellis |
| Defendant. | ) ) | |

## CERTIFICATE OF SERVICE

TO: Vision Painting & Decorating Services
c/o Edward T. McKinnie, Jr., Reg. Agent
12000 S. Marshfield
Calumet Park, IL 60827

That the undersigned, an attorney of record, hereby certifies that the foregoing instrument was sent via First Class Mail service to the party listed at the above indicated address on June 2, 2026, on or before 5:00 p.m. CST.

TRUSTEES OF THE CHICAGO PAINTERS
AND DECORATORS PENSION FUND, ET AL.

/s/ Anita Saliu

ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, IL 60601
(312) 236-0415