**IN THE UNITED STATES DISTRICT COURT
FOR THE NERTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 25-cv-6788 |
| VISION PAINTING & DECORATING SERVICES, INCORPORATED, an Illinois corporation | ) ) ) ) | Judge: Sara L. Ellis |
| Defendant. | ) ) | |

### <u>NOTICE OF MOTION</u>

TO:     Vision Painting & Decorating Services
c/o Edward T. McKinnie, Jr., Reg. Agent
12000 S. Marshfield
Calumet Park, IL  60827

**PLEASE TAKE NOTICE** that on June 10, 2026 at 9:45 a.m. or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Sara L. Ellis, Room 1403** in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Entry of Agreed Judgment.

TRUSTEES OF THE CHICAGO PAINTERS AND DECORATROS PENSION FUND,

s/ Anita Saliu
One of their Attorneys

ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, IL 60601