**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 25-cv-6788 |
| VISION PAINTING & DECORATING SERVICES, INCORPORATED, an Illinois corporation | ) ) ) ) | Judge: Sara L. Ellis |
| Defendant. | ) ) | |

**STATUS REPORT**

The Plaintiffs, by and through their attorneys hereby submit this Status Report, as follows:

1. **The Nature of the Case**

   A. Attorneys of Record

   | Plaintiffs: | Defendant: |
   |---|---|
   | Paul M. Egan | Todd A. Miller |
   | James R. Anderson | Allocco, Miller & Cahill, P.C. |
   | Grant R. Piechocinski | 20 N. Wacker Drive, Suite 3517 |
   | Arnold and Kadjan, LLP | Chicago, IL 60606 |
   | 35 East Wacker Drive, Suite 600 | (312) 675-4325 |
   | Chicago, IL 60601 | |
   | (312) 236-0415 | |

   B. Nature of the Claims Asserted in the Complaint

   Defendant is signatory to a Collective Bargaining Agreement which requires it to make periodic contributions to the Plaintiffs and to submit books and records for a fringe benefit contribution compliance audit. The Complaint seeks a fringe benefit fund contribution compliance audit for the period beginning **October 1, 2024 through the present.**

2. **Status of Audit and Settlement Discussions**

A. **Status of Audit** – The Audit is complete.

B. **Status of Settlement Discussions** – The Defendant has agreed to Plaintiffs proposed Motion for Entry of Agreed Judgment. Plaintiffs have filed the Motion for Entry of Agreed Judgment.

Respectfully submitted,

**TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al.,**

By: _/s/ Anita Saliu_____
        One of their Attorneys

ARNOLD AND KADJAN LLP
35 E. Wacker Dr., Ste. 600
Chicago, Illinois 60601
(312) 236-0415