## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Trustees of the Chicago Painters and Decorators
Pension Fund, et al.

                                      Plaintiff,

v.                                     Case No.:
                                     1:25−cv−06788
                                     Honorable Sara L. Ellis

Vision Painting & Decorating Services Incorporated

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 8, 2026:

       MINUTE entry before the Honorable Sara L. Ellis: The Court grants the parties' motion for judgment [25]. The Court enters judgment in favor of Plaintiffs and against Defendant Vision Painting and Decorating, Inc. in the amount of $374,769.15. The parties should submit a proposed judgment order to the Court's proposed order email. Case terminated. No appearance on 6/9/2026 or 6/10/2026. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.