**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 25-cv-6788 |
| VISION PAINTING & DECORATING SERVICES, INCORPORATED, an Illinois corporation | ) ) ) ) ) | Judge: Sara L. Ellis |
| Defendant. | ) | |

**AGREED JUDGMENT ORDER**

This Matter, coming to be heard upon the agreement of the parties, due notice being given and the court advised in the premises,

IT IS HEREBY ORDERED THAT:

1. Final judgment is entered in favor of Plaintiffs and against the Defendant, Vision Painting & Decorating Services, Incorporated in the amount of $374,769.15. The judgment amount is limited to the audit period from October 1, 2024 through July 31, 2025.

_____
Sara L. Ellis
United States District Court


 July 22, 2026_____
Date