# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

**Trustees of the Chicago Painters and Decorators Welfare Fund, et al**
Plaintiff(s),

Case No.: **25-cv-6788**

**AFFIDAVIT OF SERVICE**

vs.

**Vision Painting & Decorating Services, Incorporated**
Defendant(s).

---

I, **Don Eskra**, declare and state as follows:

I am over the age of 18, not a party to this action, and an employee of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. The following are the results of my efforts to serve process in the above captioned case.

Type of Process: **Citation to Discover Assets, Citation Notie, Notification of Docket Entry and Agreed Judgment Order July 22, 2026**

Defendant to be served: **Vision Painting & Decorating Services, Incorporated c/o Edward T. Mckinnie, Jr., Registered Agent**

Address where served: **4522 Lincoln Boulevard, Richton Park, IL 60471**

On **August 21, 2026** at **6:32 PM**, I served the within named defendant in the following manner:

**CORPORATE SERVICE:** By leaving a copy of this process with **Edward T. Mckinnie,** (Title) **Authorized Agent** , a person authorized to accept service and informed the person of the contents thereof.

Description of person process was left with:

Sex: **Male** - Race: **Black** - Hair: **Black** - Approx. Age: **45** - Height: **6ft 2in** - Weight: **200**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

x [signature]
**Don Eskra**

Date Signed: 08/26/2026

Job: 709445
File: 5050-2750