**Citation to Discover Assets to a Third Party**

## ANSWER OF THIRD PARTY RESPONDENT CITATION

This first section must be filled out by the judgment creditor.

Citation/Respondent: Bank of America NA Court Date: 09/02/2026

Defendant's Name VISION PAINTING & DECORATING SERVICES SSN- ____ Case No. 25-CV-6788

Judgment Balance: $ 374,769.15

This is a Citation: Freeze up to double the Judgment Balance

## INTERROGATORIES

1. On the date of service of the citation, did you have in your possession, custody or control any personal property or monies belonging to the judgment debtor? Yes No ✓

   If the answer is "yes" go to the next question. If "no", go to the instructions.

2. Is this an IRA account? Or have all of the deposits made during the past 90 days been electronically deposited and identified as exempt Social Security, Unemployment Compensation, Public Assistance, Veteran's Benefits, Pension or Retirement or by a source drawing from any other statutory exemptions? Yes No

   If the answer is "yes" go to the next question. If "no", go to the instructions.

3. Is/Are the account(s)' current balance(s) equal to or less than the total of the exempt deposits? Yes No

   If you answered "yes" to all three (3) questions and funds in the account(s) are exempt, do not freeze the funds. Go to the "instructions" below.

4.

| | Account Balance | Amount Withheld |
|---|---|---|
| A. Savings Account | $ ACCOUNTS CLOSED | ______ |
| B. Check/MMA/Now Account | $ ______ | $ ______ |
| C. Certificate of Deposit | $ ______ | $ ______ |
| D. Trust Account/Other | $ ______ | $ ______ |

(Describe) ______________________

E. Safety Deposit Yes No

F. Land Trust No. ______________

G. Less Right of Offset for Loans $ ______

Total Amount Frozen: $ ______

5. List all electronic deposits into account(s) and their source(s) except deposits:

| Account No. | Source | Monthly Amount |
|---|---|---|
| ______ | ______ | $ ______ |
| ______ | ______ | $ ______ |
| ______ | ______ | $ ______ |

**Citation to Discover Assets to a Third Party**

6. List all joint account holders or adverse claimants:

Name ______________________________

Address ______________________________

______________________________

Account Information:
Type Checking CD Savings

Account Number: ______________________________

Name ______________________________

Address ______________________________

______________________________

Account Information:
Type Checking CD Savings

Account Number: ______________________________

Name ______________________________

Address ______________________________

______________________________

Account Information:
Type Checking CD Savings

Account Number: ______________________________

**INSTRUCTIONS**

**File this Answer at least three (3) days before the court date to assure timely processing**

1. Complete the Answer of Third Party Respondent Citation section on this form.
2. Complete and sign the certification at the bottom of this page..

**CERTIFICATION**

Under the penalties as provided by law pursuant to Section 1-109 of the code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct and that I have mailed this Answer to Defendant(s).

Atty. No.: ______________

Atty Name: ______________________________

Atty. for: ______________________________

Address: Bank of America, N.A.
Legal Order Processing
DE5-024-02-08

City: PO BOX 15047 State:
Wilmington, DE 19850

Zip: ________ Fax Number: attachments@bofa.com

Telephone: ______________________

Primary Email: ______________________________

______________________________
Agent Name

______________________________
Agent Signature

Vanessa Clay

Digitally signed by Vanessa Clay
Date: 2026.08.28 14:48:15 -04'00'